**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7020**

---

CHRISTINE ANN CARRIGAN,

Petitioner - Appellant,

versus

JAMES A. CARTER, Warden; ATTORNEY GENERAL OF
THE STATE OF MARYLAND,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  John R. Hargrove, Senior District Judge.
(CA-94-656-HAR)

---

Submitted:  December 5, 1995          Decided:  March 26, 1996

---

Before WILKINS and NIEMEYER, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed as modified by unpublished per curiam opinion.

---

Christine Ann Carrigan, Appellant Pro Se.  John Joseph Curran, Jr.,
Attorney General, Ann Norman Bosse, OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on her 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find that dismissal based on failure to exhaust state remedies was appropriate. However, we modify the district court's order to reflect that the dismissal is without prejudice so that Appellant may exhaust her state court remedies. <u>See</u> 28 U.S.C. § 2106 (1988).

We also deny Appellant's motion for a plain error determination. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED AS MODIFIED</u>

2